USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/2019

1:17-cv-10240-GHW
Official verdict form as to plaintiff:

# RUIXUAN CUI

Court Exhibit # 4  5/9/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

JIN ZHONG XIN, and RUIXUAN CUI,

       Plaintiffs,

-against-

1A ROYAL THAI CUISINE & 1A ANAGO SUSHI
INC., d/b/a Anago Sushi Japanese Thai Cuisine, SUSHI
SUKI, NEW YORK INC., d/b/a Sushi Suki, and
HENG LI ZHU,

       Defendants.

-------------------------------------------------------------- X

VERDICT FORM AS TO
RUIXUAN CUI
1:17-cv-10240-GHW

## VERDICT FORM AS TO PLAINITFF RUIXUAN CUI

**All jurors must agree on the answers to all of the questions.
Jurors must answer the questions in the order they are presented.
Terms defined in the Jury Instructions appear in quotation marks.**

### ISSUE I: DURATION OF PLAINTIFF'S EMPLOYMENT

1. On which dates was Plaintiff was employed by Defendant 1A Royal Thai Cuisine & 1A Anago Sushi, Inc.?

   From **March 1, 2017**  to **May 10, 2017**

   From _____  to _____.

   From _____  to _____.

2. On which dates was Plaintiff was employed by Defendant Sushi Suki New York, Inc.?

   From **Ø**  to **Ø**.

   From _____  to _____.

   From _____  to _____.

ISSUE II: APPLICABILITY OF FEDERAL LAW

3. During the term of Plaintiff's employment, was Defendant 1A Royal Thai Cuisine & 1A Anago Sushi, Inc. (i) an enterprise engaged in commerce or in the production of goods for commerce; with (ii) over $500,000 in annual gross sales?

   Yes: __X__   No: _____

4. During the term of Plaintiff's employment, was Defendant Sushi Suki New York, Inc. (i) an enterprise engaged in commerce or in the production of goods for commerce; with (ii) over $500,000 in annual gross sales?

   Yes: _____   No: __X__

ISSUE III: MINIMUM WAGE

5. Was Defendant 1A Royal Thai Cuisine & 1A Anago Sushi, Inc. a "Large Employer?"

   Yes: __X__   No: _____

6. Was Defendant Sushi Suki New York, Inc. a "Large Employer?"

   Yes: _____   No: __X__

7. On average, how many compensable <u>hours</u> did Plaintiff work <u>per day?</u> If the average number of hours worked per day changed, please note when that figure changed and what it changed to:

   _____10.5 hours_____

   _____

   _____

   _____

   _____

8. On average, how many <u>days</u> did Plaintiff work <u>per week?</u> If the average number of days work per week changed, please note when that figure changed and what it changed to:

   Six (6) days

9. On average, how many compensable <u>hours</u> did Plaintiff work <u>per week?</u> If the average number of work hours per week changed, please note when that figure changed and what it changed to:

   63 hours

10. (a) Was Plaintiff paid on (1) and hourly basis or (2) at a flat rate for an agreed-upon period of time?

    Hourly Basis: _____   Flat Rate for an Agreed-Upon Period of Time: X

    (b) If Plaintiff was paid at a flat rate for an agreed-upon period of time, indicate the rate and the agreed upon period of time below.

    $ 1100 per Month

    (c) What is Plaintiff's Regular Rate of Pay?

    $ 6.35 per hour.

11. Is Defendant 1A Royal Thai Cuisine & 1A Anago Sushi, Inc. entitled to the tip credit reduction?

   Yes _____    No __X__

12. Is Defendant Sushi Suki New York, Inc. entitled to the tip credit reduction?

   Yes _____    No __X__

13. Was Plaintiff paid at least minimum wage by Defendant 1A Royal Thai Cuisine & 1A Anago Sushi, Inc.?

   Yes _____    No __X__

14. Was Plaintiff paid at least minimum wage by Sushi Suki New York, Inc.?

   Yes _____    No __X__

ISSUE IV: OVERTIME WAGES

15. During the term of Plaintiff's employment with Defendant 1A Royal Thai Cuisine & 1A Anago Sushi, Inc. did Plaintiff ever work overtime hours for that Defendant?

   Yes: __X__   No: _____

**If you answer "No" to the preceding question, skip questions 16-17.**

16. On average, how many <u>overtime hours</u> did Plaintiff work for Defendant 1A Royal Thai Cuisine & 1A Anago Sushi, Inc. <u>per week?</u> If the average number of overtime hours worked per week changed, please note when that figure changed and what it changed to:

   _____23 hours_____
   _____
   _____
   _____
   _____

4

17. Was Plaintiff properly compensated for his overtime hours by Defendant 1A Royal Thai Cuisine & 1A Anago Sushi, Inc.?

Yes: _____ No: __X__

18. During the term of Plaintiff's employment with Defendant Sushi Suki New York, Inc. did Plaintiff ever work overtime hours for that Defendant?

Yes: _____ No: __X__

**If you answer "No" to the preceding question, skip questions 19-20.**

19. On average, how many <u>overtime hours</u> did Plaintiff work for Sushi Suki New York, Inc. <u>per week</u>? If the average number of overtime hours worked per week changed, please note when that figure changed and what it changed to:

_____
_____
_____
_____
_____
_____

20. Was Plaintiff properly compensated for his overtime hours by Sushi Suki New York, Inc.?

Yes: _____ No: _____

## ISSUE V: SPREAD OF HOURS

21. Did Plaintiff's spread of hours exceed 10 hours on any given day at any time during his employment at 1A Royal Thai Cuisine & 1A Anago Sushi, Inc.?

Yes __X__        No _____

**If you answer "No" to question 21, skip questions 22 and 23.**

5

22. Indicate the number of days you find that the spread of hours exceeded 10 hours for Plaintiff during his employment at Defendant 1A Royal Thai Cuisine & 1A Anago Sushi, Inc.?

    __6__ days per week from __March 1, 2017__ to __May 10, 2017__

    _____ days per week from _____ to _____.

    _____ days per week from _____ to _____.

    _____ days per week from _____ to _____.

    _____ days per week from _____ to _____.

23. Was Plaintiff properly compensated for his spread of hours by 1A Royal Thai Cuisine & 1A Anago Sushi, Inc.?

    Yes_____    No __X__

24. Did Plaintiff's spread of hours exceed 10 hours on any given day at any time during his employment at Sushi Suki New York, Inc.?

    Yes_____    No __X__

**If you answer "No" to question 24, skip questions 25 and 26.**

25. Indicate the number of days you find that the spread of hours exceeded 10 hours for Plaintiff during his employment at Defendant Sushi Suki New York, Inc.?

    _____ days per week from _____ to _____.

    _____ days per week from _____ to _____.

    _____ days per week from _____ to _____.

    _____ days per week from _____ to _____.

    _____ days per week from _____ to _____.

26. Was Plaintiff properly compensated for his spread of hours by Sushi Suki New York, Inc.?

    Yes_____    No_____

ISSUE VI: PAY STUBS

27. Was Plaintiff provided with a full and accurate pay stub each payday during the term of his employment at Defendant 1A Royal Thai Cuisine & 1A Anago Sushi, Inc.?

    Yes _____    No __X__

28. If you answered "No" to the preceding question, for how many weeks did Defendant 1A Royal Thai Cuisine & 1A Anago Sushi, Inc. fail to provide plaintiff with full and accurate Pay Stubs?

    __8__ weeks.

29. Was Plaintiff provided with a full and accurate pay stub each payday during the term of his employment at Defendant Sushi Suki New York, Inc.?

    Yes _____    No __X__

30. If you answered "No" to the preceding question, for how many weeks did Defendant Sushi Suki fail to provide Plaintiff with full and accurate pay stubs?

    __0__ weeks.

ISSUE VII: WAGE NOTIFCATION

31. Was Plaintiff provided with an adequate wage notice within ten days of the date he was hired by Defendant 1A Royal Thai Cuisine & 1A Anago Sushi, Inc.?

    Yes _____    No __X__

32. If you answer "No" to the preceding question, was he ever provided with an adequate wage notice?

    Yes _____    No __X__

33. If you answered "Yes" to the preceding question, on what date was he provided an adequate wage notice

    _____

ISSUE VIII: GOOD FAITH

34. To the extent the Defendants failed to compensate Plaintiff the applicable minimum wage, did they nonetheless act in good faith?

    Yes _____     No __X__

35. To the extent that the Defendants failed to compensate Plaintiff adequate overtime wages, did they nonetheless act in good faith?

    Yes _____     No __X__

36. To the extent that the Defendants failed to compensate Plaintiff for his spread of hours, did they nonetheless act in good faith?

    Yes _____     No __X__

37. To the extent that the Defendants failed to provide Plaintiff with adequate pay stubs, did they nonetheless act in good faith?

    Yes _____     No __X__

38. To the extent that the Defendants failed to provide Plaintiff with adequate wage notification, did they nonetheless act in good faith?

    Yes _____     No __X__

*You are finished. The foreperson should ensure that each juror agrees with the answer to each question. If so, the foreperson should date and sign below.*

Dated: May __9__, 2019

_____
Foreperson