USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JIN ZHONG XIN, and RUIXUAN CUI,

               Plaintiffs,

-against-

1A ROYAL THAI CUISINE & 1A ANAGO SUSHI INC., d/b/a Anago Sushi Japanese Thai Cuisine, et al

               Defendants.

------------------------------------------------------------------X

1:17-cv-10240-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 9, 2019 trial concluded, and the jury reached a verdict in favor of Plaintiffs. On May 10, 2019, the parties submitted their calculations of damages on the basis of the jury's verdict forms. The Court has reviewed those submissions and, attached to this order, provides its calculations of damages and prejudgment interest as of the date of this order.

Plaintiffs are directed to submit their application for fees and costs, if any, no later than May 22, 2019.

      SO ORDERED.

Dated: May 14, 2019
New York, New York

                                         _____
                                         GREGORY H. WOODS
                                         United States District Judge

<u>17cv10240</u>
<u>Plainitff Cui</u>

<u>Period 1</u>        3/1/2017-5/1/2017 - 70 days

| Hours wk | Reg | OT | Spread | Min Wage | Wages Owed | Wages Paid | Delta / Wk | Wks | Total Unpaid Wages |
|---|---|---|---|---|---|---|---|---|---|
| 63 | 40 | 23 | 6 | 11 | 885.5 | 254 | 631.5 | 10 | 6315 |

| | |
|---|---|
| Unpaid Wages | 6315 |
| Liquidated Damages | 6315 |
| | |
| Wage Notice Damages | 2400 |
| Pay Stub Damages | 5000 |
| | |
| | |
| Total | 20030 |

<u>Interest</u>

|  | Start | End | Midway |
|---|---|---|---|
| Midway Point | 3/1/2017 | 5/10/2017 | 4/5/2017 |

| | | End Date | |
|---|---|---|---|
| Year One | | 4/5/2018 | 21832.70 |
| Year Two | | 4/5/2019 | 23797.64 |
| Current Year | | 39 Days | 24026.33 |

| | |
|---|---|
| <u>Total Interest</u> | 3996.33 |
| <u>Total Award</u> | 24026.33 |

<u>17cv10240</u>
<u>Plainitff Xin</u>

<u>Period 1</u>        Undisputed 28 Week Period

| Hours wk | Reg | OT | Spread | Min Wage | Wages Owed | Wages Paid | Delta / Wk | Wks | Total Unpaid Wages |
|---|---|---|---|---|---|---|---|---|---|
| 63 | 40 | 23 | 6 | 11 | 885.5 | 254 | 631.5 | 28 | 17682 |

| | |
|---|---|
| Unpaid Wages | 17682 |
| Liquidated Damages | 17682 |
| | |
| Wage Notice Damages | 5000 |
| Pay Stub Damages | 5000 |
| | |
| Total | 45364 |

<u>Interest</u>

| | Start | End | Midway | |
|---|---|---|---|---|
| Midway Point | 1/30/2017 | 8/14/2017 | 5/8/2017 | |
| | | | <u>End Date</u> | |
| Year One | | | 5/8/2018 | 49446.76 |
| Year Two | | | 5/8/2019 | 53896.97 |
| Current Year | | | 6 Days | 53976.65 |
| | | | | |
| <u>Total Interest</u> | | | | 8612.65 |
| <u>Total Award</u> | | | | 53976.65 |