USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JIN ZHONG XIN, and RUIXUAN CUI,

                Plaintiffs,

-against-

1A ROYAL THAI CUISINE & 1A ANAGO
SUSHI INC., d/b/a Anago Sushi Japanese Thai
Cuisine, et al

                Defendants.
-------------------------------------------------------------------X

1:17-cv-10240-GHW

JUDGMENT

GREGORY H. WOODS, United States District Judge:

**JUDGMENT**

       The Complaint in this case was filed on January 9, 2018. Jury trial commenced on May 6, 2019. On May 9, 2019 the Jury returned a verdict in favor of Plaintiffs against Defendant 1A Royal Thai Cuisine & 1A Anago Sushi Inc., d/b/a Anago Sushi Japanese Thai Cuisine and Defendant Heng Li Zhu. Dkt. Nos. 89, 90. The Jury's verdict did not establish the liability of Defendant Sushi Suki Inc. d/b/a Sushi Suki. *Id.*

       On May 14, 2019 the Court provided the parties with its calculation of damages in light of the Jury's verdict.[1] Dkt. No. 98. No party objected or otherwise commented on the Court's calculations. On May 22, 2019 Plaintiffs submitted their application for attorney fees. Dkt. Nos. 109-11. As of the date of this Judgment, Defendant has not objected or otherwise commented on that application. On June 3, 2019, the Court, having reviewed the application for fees and costs, approved an award of $45,656.45 in fees and $3,570.59 in costs. Accordingly, it is:

---

1 The figures provided on May 14, 2019 have been updated to account for interest between that date and the date of judgment.

ORDERED, ADJUDGED AND DECREED:  That Plaintiff Jin Zhong Xin have judgment jointly and severally against Defendant 1A Royal Thai Cuisine & 1A Anago Sushi Inc., d/b/a Anago Sushi Japanese Thai Cuisine and Defendant Heng Li Zhu, in the amount of $54,242.26, consisting of (A) compensatory damages for unpaid wages in the amount of $17,682; (B) liquidated damages for unpaid wages under the New York Labor Law in the amount of $17,682; (C) statutory damages for violation of New York Labor Law § 195 in the amount of $10,000; and (D) pre-judgment interest calculated at the rate of 9% per annum and totaling $8,878.26.

ORDERED, ADJUDGED AND DECREED:  That the Plaintiff Ruixuan Cui have judgment jointly and severally against Defendant 1A Royal Thai Cuisine & 1A Anago Sushi Inc., d/b/a Anago Sushi Japanese Thai Cuisine and Defendant Heng Li Zhu, in the amount of $24,143.61, consisting of (A) compensatory damages for unpaid wages in the amount of $6,315; (B) liquidated damages for unpaid wages under the New York Labor Law in the amount of $6,315; (C) statutory damages for violation of New York Labor Law § 195 in the amount of $7,400; and (D) pre-judgment interest calculated at the rate of 9% per annum and totaling $4,113.61.

ORDERED, ADJUDGED AND DECREED:  That Plaintiffs Jin Zhong Xin and Ruixuan Cui be awarded attorney fees against Defendant 1A Royal Thai Cuisine & 1A Anago Sushi Inc., d/b/a Anago Sushi Japanese Thai Cuisine and Defendant Heng Li Zhu jointly and severely in the amount of $45,656.45 and costs in the amount of $3,570.59.

ORDERED:  That Plaintiffs be awarded post judgment interest, as calculated under 28 U.S.C. § 1961.  If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by New York Labor Law § 198(4).

- 3 -

ORDERED:  That the Judgment rendered by the Court on this day in favor of Plaintiffs be entered as a final judgment against Defendant 1A Royal Thai Cuisine & 1A Anago Sushi Inc., d/b/a Anago Sushi Japanese Thai Cuisine and Defendant Heng Li Zhu jointly and severally in the total amount of $127,612.91, as described above.

At the conclusion of trial, and on the record, Plaintiffs affirmed that this judgment fully satisfied Plaintiffs' claims against all Defendants, including those that did not appear in this case. Accordingly, Plaintiffs' claims against all non-appearing defendants are dismissed without prejudice.

The Clerk of Court is directed to enter judgment, and to close this case.

SO ORDERED.

Dated:  June 4, 2019  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge